## Commonwealth *v.* Kibler, Appellant.

Submitted September 11, 1972. *William H. Platt,* Assistant Public Defender, for appellant; *Howard R. Miller,* Assistant District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

## Commonwealth *v.* Kuklo, Appellant.

Submitted September 11, 1972. *Eugene J. Ianuzzi,* for appellant; *Amos Davis,* District Attorney, for Commonwealth, appellee.

Order affirmed.